```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION AT DAYTON

IN RE:                                              : CASE NO: 06-32928
ISAAC MOORE            & IRIS HUGHES MOORE          :      (Chapter 13)
365 NORTH MAIN ST.       365 NORTH MAIN ST.         : JUDGE THOMAS F. WALDRON
                                                    :
SPRINGBORO OH            SPRINGBORO OH              :
          45066-0000               45066-0000       :
                                                    :
              Debtor(s)                             :
 SSN XXX-XX-9968         SSN XXX-XX-7095            :
------------------------------------------------------------------------------
                       REPORT OF UNCLAIMED FUNDS
------------------------------------------------------------------------------
```

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

```
ECAST SETTLEMENT CORPORATION   CRED. NO. 127301
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON AZ                      85712-0000                        369.67

                               T O T A L                         369.67
                               CHECK NO. 3862887
```

```
                          _/s/ Jeffrey M. Kellner_____
                          Jeffrey M. Kellner 0022205
                          Chapter 13 Trustee
                          131 N. Ludlow Street, Suite 900
                          Dayton, Ohio 45402
                          (937) 222-7600  Fax (937)222-7383
                          email: chapter13@dayton13.com

                          DATED: 02/06/08
```

Certificate of Service                                                06-32928
I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.

| | | |
|---|---|---|
| ISAAC & IRIS HUGHES MOORE | 365 NORTH MAIN ST. | |
| | SPRINGBORO OH | 45066-0000 |
| RICHARD E WEST | 195 E CENTRAL AVE | |
| BOX 938 | SPRINGBORO OH | 45066-0000 |
| (127301) ECAST SETTLEMENT CORPORATION | % BASS & ASSOCIATES | |
| 3936 E FT LOWELL ROAD STE 200 | TUCSON AZ | 85712-0000 |
| OFFICE OF THE U S TRUSTEE | 170 NORTH HIGH ST | |
| SUITE 200 | COLUMBUS OH | 43215-0000 |

                    Jeffrey M. Kellner  BY _/s/ Jeffrey M. Kellner_

                         0206CSUCF_109886
                                ###